UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
WHITLEY, MICHAEL M                  §     Case No. 09-24064
                                    §
         Debtor(s)                  §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____       By:/s/Frances Gecker_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue Bankruptcy Section 100 W. Randolph, Ste 7-400 Chicago, IL 60601 | | | | | |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American General Finance 4607 S. Ashland Chicago, IL 60609-3252 | | | | | |
| Aspire Visa PO Box 10555 Atlanta, GA 30348-5555 | | | | | |
| BP Amoco Customer Service P. O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| BankFirst 1100 W. Deleware Sioux Falls, SD 57104 | | | | | |
| Barclays Bank Delaware 100 S. West St Wilmington, DE 19801 | | | | | |
| CBUSASEARS Citi Cards 8725 W. Sahara Ave The Lakes, NV 89163-0001 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| Citi Cards Card Service Center PO Box 6077 Sioux Falls, SD 57117-6077 | | | | | |
| Cook County Hospital 1835 W. Harrison Chicago, IL 60612 | | | | | |
| Credit One Bank Bank Card Center P.O. Box 98872 Las Vegas, NV 89193-8872 | | | | | |
| Direct Merchants Bank P.O. Box 29468 Phoenix, AZ 85038-9468 | | | | | |
| FBS Card Services PO Box 9487 Minneapolis, MN 55440 | | | | | |
| First National Bank 500 E. 60th Street Sioux Falls, SD 57104 | | | | | |
| HSBC Carson P.O. Box 15524 Wilmington, DE 19850-5524 | | | | | |
| Household Bank Attn: Dispute processing 12447 SW 69th Ave Tigard, OR 97223-8517 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jefferson Capital Systems, LLC 16 McLeland Rd. Saint Cloud, MN 56303 | | | | | |
| Macy's P.O. BOx 660764 Dallas, TX 75266 | | | | | |
| Mathews Law Firm, Inc. 4675 Macarther Ct, Ste 1540 Newport Beach, CA 92660 | | | | | |
| Retailers National Bank PO Box 59231 Minneapolis, MN 55459 | | | | | |
| Washington Mutual Card Services P.O. Box 660509 Dallas, TX 75266-0509 | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| APPLIED BANK | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | |
| DISCOVER BANK | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| MERRICK BANK | | | | | |
| PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| U S BANK N A | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-24064 | PSH | Judge: Pamela S. Hollis | | Trustee Name: | Frances Gecker |
| Case Name: | WHITLEY, MICHAEL M | | | | Date Filed (f) or Converted (c): | 07/01/09 (f) |
| | | | | | 341(a) Meeting Date: | 08/18/09 |
| For Period Ending: | 10/05/10 | | | | Claims Bar Date: | 02/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.29 | Unknown |
| 2. CASH  Debtor Claimed Exemption | 25.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT  Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS  Debtor Claimed Exemption | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL  Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 6. INTERESTS IN INSURANCE POLICIES  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 7. RETIREMENT PLANS  Debtor Claimed Exemption | 600.00 | 0.00 | | 0.00 | FA |
| 8. OTHER  Debtor Claimed Exemption | Unknown | 0.00 | | 0.00 | FA |
| 9. FRAUDULENT TRANSFER (u) | 0.00 | 1,900.00 | | 1,900.00 | FA |

Gross Value of Remaining Assets

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

Ver: 16.00

Case 09-24064    Doc 34    Filed 10/05/10    Entered 10/05/10 13:58:04    Desc Main
Document      Page 10 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-24064 | PSH | Judge: Pamela S. Hollis | | Trustee Name: | Frances Gecker |
| Case Name: | WHITLEY, MICHAEL M | | | | Date Filed (f) or Converted (c): | 07/01/09 (f) |
| | | | | | 341(a) Meeting Date: | 08/18/09 |
| | | | | | Claims Bar Date: | 02/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,425.00 | $1,900.00 | | $1,900.29 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/10/10      Current Projected Date of Final Report (TFR): 06/10/10

　　　　/s/      Frances Gecker
_____  Date: 10/05/10
　　　　FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-24064 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | WHITLEY, MICHAEL M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5515 MONEY MARKET |
| Taxpayer ID No: | 54-6876463 | | | |
| For Period Ending: | 10/05/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/09 | 9 | Matthews Law Firm, Inc.<br>4675 Macarthur Court, Suite 1540<br>Newport Beach, CA 92660 | | 1241-000 | 1,900.00 | | 1,900.00 |
| 11/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.02 | | 1,900.02 |
| 12/31/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,900.07 |
| 01/29/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,900.12 |
| 02/26/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 1,900.16 |
| 03/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,900.21 |
| 04/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,900.26 |
| 05/18/10 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 1,900.29 |
| 05/18/10 | | Transfer to Acct #*******5670 | Final Posting Transfer | 9999-000 | | 1,900.29 | 0.00 |

Page Subtotals  1,900.29  1,900.29

Ver: 16.00

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-24064 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | WHITLEY, MICHAEL M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5515  MONEY MARKET |
| Taxpayer ID No: | 54-6876463 | | | |
| For Period Ending: | 10/05/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,900.29 | 1,900.29 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 1,900.29 | |
| | | | Subtotal | | 1,900.29 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 1,900.29 | 0.00 | |

Page Subtotals          0.00          0.00

Ver: 16.00

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-24064 -PSH | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | WHITLEY, MICHAEL M | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5670 GENERAL CHECKING |
| Taxpayer ID No: | 54-6876463 | | |
| For Period Ending: | 10/05/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/18/10 | | Transfer from Acct #*******5515 | Transfer In From MMA Account | 9999-000 | 1,900.29 | | 1,900.29 |
| 05/20/10 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 475.05 | 1,425.24 |
| 05/20/10 | 001001 | TARGET<br>AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 5% | 7100-000 | | 72.89 | 1,352.35 |
| 05/20/10 | 001002 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054 | Claim 000002, Payment 5% | 7100-000 | | 201.57 | 1,150.78 |
| 05/20/10 | 001003 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000003, Payment 5% | 7100-000 | | 14.01 | 1,136.77 |
| 05/20/10 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 5% | 7100-000 | | 30.79 | 1,105.98 |
| 05/20/10 | 001005 | Chase Bank USA, N.A. | Claim 000005, Payment 5% | 7100-000 | | 137.72 | 968.26 |

Page Subtotals    1,900.29    932.03

Ver: 16.00

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-24064 -PSH | | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- |
| Case Name: | WHITLEY, MICHAEL M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5670 GENERAL CHECKING |
| Taxpayer ID No: | 54-6876463 | | | |
| For Period Ending: | 10/05/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 15145 Wilmington, DE 19850-5145 | | | | | |
| 05/20/10 | 001006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000006, Payment 5% | 7100-000 | | 97.41 | 870.85 |
| 05/20/10 | 001007 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000007, Payment 5% | 7100-000 | | 146.49 | 724.36 |
| 05/20/10 | 001008 | Applied Bank PO Box 17125 Wilmington DE 19850-7125 | Claim 000008, Payment 5% | 7100-000 | | 86.17 | 638.19 |
| 05/20/10 | 001009 | Merrick Bank c/o Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Claim 000009, Payment 5% | 7100-000 | | 189.65 | 448.54 |
| 05/20/10 | 001010 | MHC Receivables, LLC PYOD LLC its successors and assigns as assignee of MHC Receivables c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000010, Payment 5% | 7100-000 | | 40.01 | 408.53 |
| 05/20/10 | 001011 | American Express Centurion Bank POB 3001 | Claim 000011, Payment 5% | 7100-000 | | 102.95 | 305.58 |

Page Subtotals 0.00 662.68

Ver: 16.00

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 14)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-24064 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | WHITLEY, MICHAEL M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5670 GENERAL CHECKING |
| Taxpayer ID No: | 54-6876463 | | | |
| For Period Ending: | 10/05/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Malvern, PA 19355-0701 | | | | | |
| 05/20/10 | 001012 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Direct Merchants Bank<br>POB 41067<br>NORFOLK VA 23541 | Claim 000012, Payment 5% | 7100-000 | | 172.00 | 133.58 |
| 05/20/10 | 001013 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000013, Payment 5% | 7100-000 | | 92.92 | 40.66 |
| 05/20/10 | 001014 | U S Bank N A<br>P O Box 5229<br>Cincinnati, OH 45201 | Claim 000014, Payment 5% | 7100-000 | | 40.66 | 0.00 |

```
                                    COLUMN TOTALS                    1,900.29        1,900.29        0.00
                          Less:  Bank Transfers/CD's                 1,900.29            0.00
                                    Subtotal                             0.00        1,900.29
                          Less:  Payments to Debtors                                     0.00
                                    Net                                  0.00        1,900.29
                                                                                       NET           ACCOUNT
                          TOTAL - ALL ACCOUNTS          NET DEPOSITS           DISBURSEMENTS         BALANCE
                          MONEY MARKET - ********5515      1,900.29                 0.00               0.00
                          GENERAL CHECKING - ********5670      0.00             1,900.29               0.00
                                                         ---------------      ---------------     ---------------
                                                           1,900.29             1,900.29               0.00
                                                         ==============      ==============      ==============

                                    Page Subtotals           0.00               305.58
```

Ver: 16.00

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 15)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-24064 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | WHITLEY, MICHAEL M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5670 GENERAL CHECKING |
| Taxpayer ID No: | 54-6876463 | | | |
| For Period Ending: | 10/05/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: /s/ Frances Gecker Date: _____
FRANCES GECKER

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 16.00

LFORM24
**UST Form 101-7-TDR (9/1/2009)** *(Page: 16)*